IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FORT GORDON HOUSING, LLC, \
d/b/a BALFOUR BEATTY \
COMMUNITIES,

    Plaintiff,

v.    CV 119-039

LAKITA BROOKS,

    Defendant.

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 5.) Plaintiff filed its notice prior to Defendant serving either an answer or a motion for summary judgment. Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of April, 2019.

J. RANDAL HALL, CHIEF JUDGE \
UNITED STATES DISTRICT COURT \
SOUTHERN DISTRICT OF GEORGIA